**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLORENTINO SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA, RODNEY G. JONES, CHIEF OF FONTANA POLICE DEPARTMENT, FONTANA POLICE OFFICER DAVID CAMPA, FONTANA POLICE OFFICER SCOTT SNYDER, FONTANA POLICE OFFICER JOSEPH BINKS, FONTANA POLICE OFFICER GUTHRIE, FONTANA POLICE OFFICER MANCHA, FONTANA SGT. YARRINGTON. DOES 1-10,<br><br>Defendants. | CASE NO. EDCV 10-657 RGK (ANx)<br><br>*Assigned for All Purposes to:*<br>*Hon. R. Gary Klausner – Courtroom 850*<br><br>**[PROPOSED] JUDGMENT** |

On April 21, 2011, the Court granted Defendants' City of Fontana, Fontana Police Department, Rodney Jones, David Campa, Scott Snyder, Joseph Binks, Kellen Guthrie, Mario Mancha, and Thomas Yarrington's (herein "Fontana Defendants") Motion to Dismiss Plaintiff's Action For Failure To Prosecute And/Or Failure To Comply With Court Orders Pursuant to Fed.R.Civ.P. 41(B) and Local

---
**1**
**[PROPOSED] JUDGMENT**

Rule 41-1. As a result, the Court dismissed Plaintiff's action in its entirety.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Florentino Sandoval ("Plaintiff") shall recover nothing by way of his action against the Fontana Defendants;

2. The Fontana Defendants shall have judgment in their favor on all of Plaintiff's causes of action; and

3. The Fontana Defendants shall recover from Plaintiff their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants, City of Fontana, Fontana Police Department, Rodney Jones, David Campa, Scott Snyder, Joseph Binks, Kellen Guthrie, Mario Mancha, and Thomas Yarrington with prejudice.

**IT IS SO ORDERED.**

DATED: May 17, 2011

By: *Gary Klausner*
**HON. R. GARY KLAUSNER**
United States District Judge